IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ABNL (ANDY BOYO NIGERIA) LIMITED, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-04-4662 |
| BAKER HUGHES PROCESS SYSTEMS, A DIVISION OF BAKER HUGHES EHO, Defendant. | § § § | |

**FINAL JUDGMENT**

In accordance with the Memorandum and Order issued this day, it is hereby

**ORDERED** that Baker Hughes Process Systems's Motion to Confirm Award [Doc. # 5] is **GRANTED** and ABNL's Application to Vacate Arbitration Award [Doc. # 1] is **DENIED.** It is further

**ORDERED** that Baker Hughes Process Systems shall have judgment against Plaintiff ABNL in the amount awarded by the arbitrators, plus prejudgment interest at the rate awarded by the arbitrators, plus post judgment interest at the federal rate. It is further

**ORDERED** that all taxable costs of court allowable under 28 U.S.C. § 1920 are assessed against Plaintiff.

This is a final, appealable judgment.

SIGNED at Houston, Texas this 30th day of April, 2005.

Nancy F. Atlas
United States District Judge